# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re:<br>LINDA E CHAMPION<br>1601 N WIND PL<br>APT 108<br>CHARLOTTE, NC  28210 | Case No:   05-58350<br><br>Judge:   CHARLES M. CALDWELL |

SSN(S):    XXX-XX-8619

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   November 04, 2010        /s/ Frank M. Pees
                                  Frank M. Pees
                                  Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| FIRST AMERICAN INVESTMENT<br>65 GREAT ARROW DR<br>BUFFALO, NY  14216 | 1.42 |